UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL LEE                                              CIVIL ACTION

VERSUS

JAMES WESLEY, ET AL.                          NO.: 3:14-cv-00108-BAJ-RLB

## RULING AND ORDER

On October 23, 2014, the United States Magistrate Judge issued a Report
and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that
Plaintiff Michael Lee's ("Plaintiff") Complaint (Doc. 1) be dismissed as legally
frivolous and for failure to state a claim upon which relief may be granted. (Doc. 5).

The Magistrate Judge's Report and Recommendation specifically notified
Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the
date he received the Report and Recommendation to file written objections to the
proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 5
at p. 1). A review of the record indicates that no objections have been filed.

Having carefully considered the Plaintiff's Complaint and related filings, the
Court approves the Magistrate Judge's Report and Recommendation, and hereby
adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 5)** is
**ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter be **DISMISSED** as legally frivolous and for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(g) and 1915A.

Baton Rouge, Louisiana, this 5th day of January, 2015.

_____

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**